The Honorable Judge Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DENNIS MONTGOMERY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RISEN, HOUGHTON MIFFLIN HARCOURT PUBLISHING CO., HOUGHTON MIFFLIN HARCOURT CO.,<br><br>Defendants. | No. 2:15-CV-01955-JLR<br><br>DEFENDANTS' MOTION TO STRIKE AND/OR SURREPLY |

Plaintiff Dennis Montgomery filed an unauthorized brief on December 24, 2015, in response to the pending discovery motion previously filed by Defendants James Risen, Houghton Mifflin Harcourt Publishing Company and Houghton Mifflin Harcourt Company, improperly sued as HMH Holdings, Inc., (collectively, "Defendants"). Defendants respectfully request that the Court strike Montgomery's "Supplement" brief (Dkt. No. 6) because it is procedurally and substantively improper.

First, Montgomery's brief is improper under the rules. The Local Rules generally allow three rounds of briefing: the motion, the opposing party's response and the movant's reply. *Sheet Metal Workers v. Northshore Sheet Metal, Inc.*, No. CV12-01903RSL, 2013 WL 1412931, at *1 (W.D. Wash. Apr. 8, 2013). Montgomery's brief constitutes an improper fourth-round filing. The Local Rules constrain fourth briefs to a sole purpose: the nonmovant

SURREPLY - 1
DWT 28620578v1 0096293-000009

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

may file a surreply in order to request that the Court strike certain material contained in or attached to the movant's reply. CR 7(g). *Sheet Metal Workers*, 2013 WL 1412931, at *1. The nonmovant must first provide notice of intent to file the brief. LCR 7(g)(1).

Here, Montgomery failed to provide the required notice of intent to file a surreply.

Second, Montgomery's brief is also substantively improper: it is not a request to strike evidence Defendants proffered in their reply – nor could it be. *See Lewis v. Everett High Sch.*, 2007 WL 2712976, at *1 (W.D. Wash. Sept. 14, 2007) ("Plaintiff's surreply did not contain a request to strike material contained in defendants' reply brief and was therefore not authorized by the Local Rule 7(g)."). Instead, Montgomery's brief simply reiterates Montgomery's previous claim that Defendants' Motion is untimely. *See* Plaintiff's Response to Motion to Compel Compliance with Subpoena (Dkt. 4); Dkt. 6 (Supplement) at 2-4. Reiterating previous arguments "is not a proper use of the surreply motion to strike allowed for under the Local Rules." *Nautilus Grp., Inc. v. Icon Health & Fitness, Inc.*, 308 F. Supp. 2d 1224, 1225 (W.D. Wash. 2003).

Third, Montgomery lacks standing to challenge enforcement of the subpoena, which compels testimony and documents from a third party, Istvan Andras Burgyan. *See* Reply in Support of Motion to Compel (Dkt. 5). Montgomery nowhere disputes that he lacks standing. *See* Supplement to Montgomery's Response (Dkt. 6). For the reasons stated in Defendants' Reply at 3-4, the cases cited in the "Supplement" are inapposite where, as here, this is a miscellaneous action and the underlying action is pending in another jurisdiction and where, in any event, there is good cause.

For these reasons, the Court should strike Plaintiff's brief. *See, e.g., Holland v. Draper*, No. C12-1409-JCC, 2013 WL 1914388, at *2 (W.D. Wash. May 8, 2013).

DATED this 28th day of December, 2015.

SURREPLY - 2
DWT 28620578v1 0096293-000009

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Davis Wright Tremaine LLP
Attorneys for Defendants

By s/Angela Galloway
   Angela Galloway WSBA #45330
   1201 Third Avenue, Suite 2200
   Seattle, WA 98101-3045
   Telephone: (206) 757-8274
   Fax: (206) 757-7274
   E-mail: angelagalloway@dwt.com

SURREPLY - 3
DWT 28620578v1 0096293-000009

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## DECLARATION OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington that on this day I caused a copy of the foregoing Motion to be served upon the following counsel of record:

| | | |
|---|---|---|
| Istvan Burgyan<br>4425 Issaquah Pine Lake Road Southeast<br>Apt. A31<br>Sammamish, WA 98075-6255 | (X)<br>( )<br>( )<br>( ) | By U. S. Mail<br>By E-Mail<br>By Facsimile<br>By Messenger |

*Nonparty Respondent*

| | | |
|---|---|---|
| Larry Klayman<br>KLAYMAN LAW FIRM<br>2520 Coral Way Suite 2027<br>Miami, FL  33145<br>leklayman@gmail.com | (X)<br>(X)<br>( )<br>( ) | By U. S. Mail<br>By E-Mail<br>By Facsimile<br>By Messenger |

*Attorney for Plaintiff*

| | | |
|---|---|---|
| Brian Toth<br>Sanford Lewis Bohrer<br>HOLLAND & KNIGHT LLP<br>701 Brickell Avenue, Suite 3300<br>Miami, Florida 33131<br>sandy.bohrer@hklaw.com<br>brian.toth@hklaw.com | (X)<br>(X)<br>( )<br>( ) | By U. S. Mail<br>By E-Mail<br>By Facsimile<br>By Messenger |

*Attorney for Defendants*

DATED this 28th day of December, 2015.

Davis Wright Tremaine LLP

By _____
Devra Slaughter
Legal Assistant
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: 206.757.8809
Fax: 206.757.7700
Email: devraslaughter@dwt.com

SURREPLY - 4
DWT 28620578v1 0096293-000009

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax