1
2
3
4
5
6
7
8
9  **UNITED STATES DISTRICT COURT**
10  **WESTERN DISTRICT OF WASHINGTON**
    **AT SEATTLE**
11
12  DENNIS MONTGOMERY,
13                    Plaintiff,            No. 15-cv-1922
14          v.                              [Pending in the Southern District of
15  JAMES RISEN, ET. AL.                     Florida, Case 15-20782-CIV]
16                    Defendant.           **PLAINTIFF'S OPPOSITION TO**
                                           **DEFENDANTS' MOTION TO STRIKE**
17
18
19
20
21
22
23
24
25
26
27
28

1

2   Dennis Montgomery, Plaintiff in the action *Montgomery v. Risen,* No. 15-cv-20782-JEM

3   (S.D. Fla. filed Feb. 24, 2015) (the "Underlying Action"), hereby files this opposition to

4   Defendants James Risen, Houghton Mifflin Harcourt Publishing Company ("HMH"), and

5   Houghton Mifflin Harcourt Company ("HMHC")'s Motion To Strike (the "Motion to

6   Strike")(Docket No. 8). The Motion to Strike seeks to have the Court strike Plaintiff's

7   Supplement to his Response ("Supplement") (Docket No. 6).

8       Defendant wrongly refers to Plaintiff's supplement as a "surreply," and refers to this

9   Court's Local Rule 7(g)(1).  Local Rule 7(g)(1), provides as follows:

10   (g) Requests to Strike Material Contained in Motion or Briefs; Surreply

11

12       Requests to strike material contained in or attached to submissions of opposing
        parties shall not be presented in a separate motion to strike, but shall instead be
13       included in the responsive brief, and will be considered with the underlying
        motion. The single exception to this rule is for requests to strike material
14       contained in or attached to a reply brief, in which case the opposing party may file
        a surreply requesting that the court strike the material, subject to the following:
15       (1) That party must file a notice of intent to file a surreply as soon after receiving
        the reply brief as practicable. (2) The surreply must be filed within five days of
16       the filing of the reply brief, and shall be strictly limited to addressing the request
        to strike. Extraneous argument or a surreply filed for any other reason will not be
17       considered.

18

19       Thus, according to Local Rule 7(g)(1), a "surreply" is used primarily to move to strike

20   material contained within a motion or brief.  That however, is not what Plaintiff filed, nor was

21   Plaintiff asking the Court to strike Defendants' reply.  Plaintiff filed a supplement to his

22   response, simply to provide additional authority for his response. This was done in order to aid

23   the Court in making a determination as to whether Defendants' Motion to Compel was timely

24   filed.

25

26       Defendants mislead the Court by not providing adverse case authority which stated that a

27   motion to Compel must be filed before the close of a discovery deadline.  Plaintiff simply

28

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE

provided additional authority which corrected the misleading motion filed by Defendants.
Defendants cannot provide any law supporting their own position and instead have moved
disingenuously to strike Plaintiff's Supplement as a means of ignoring the law.

As such, Local Rule LCR 7(g)(l) does not apply to Plaintiff's Supplement, and this Court
should respectfully deny Defendants' Motion to Compel, as well as this Motion to Strike.

Dated: December 29, 2015

Respectfully Submitted,

*/s/ Dennis Montgomery*
675 NW 85th Ct. #103,
Miami, Florida 33126

Pro Se

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE

1
2

## CERTIFICATE OF SERVICE

3      I HEREBY CERTIFY that on this 29th day of December, 2015, a true and correct copy
of the foregoing was served via CM/ECF or U.S. Mail upon the following:

4

5    Via CM/ECF:

6    Angela Galloway
7    1201 Third Avenue, Suite 2200
     Seattle, WA 98101-3045
     Telephone: (206) 757-8274
8    Fax: (206) 757-7274
9    E-mail: angelagalloway@dwt.com

10   By U. S. Mail:

11
     Istvan Burgyan
12   4425 Issaquah Pine Lake Road Southeast
     Apt. A31
13   Sammamish, WA 98075-6255

14

15
                                    */s/ Dennis Montgomery*
16                                  Dennis Montgomery

17

18

19

20

21

22

23

24

25

26

27

28

4

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE