UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS MONTGOMERY, | CASE NO. C15-1955JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JAMES RISEN, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court are Defendants' motion to compel compliance with a subpoena (MTC (Dkt. # 1)), directed at Istvan Andras Burgyan, and Defendants' motion to strike (MTS (Dkt. # 8)). The court ORDERS Defendants and Mr. Burgyan to appear in court at 10:00 AM on Wednesday, February 3, 2016, for a hearing on those motions. Plaintiff Dennis Montgomery has also filed briefing in this matter. (*See* MTC Resp. (Dkt. # 4);

MINUTE ORDER - 1

MTS Resp. (Dkt. # 10).) Accordingly, the court ORDERS Mr. Montgomery to appear at the hearing as well.[1]

Defendants and Mr. Montgomery indicate they served Mr. Burgyan with the motion to compel and related filings by U.S. mail. (*See* MTC at 13; MTC Resp. at 4); *see also* Fed. R. Civ. P. 45(d)(2)(B)(i) (requiring that the serving party provide "notice to the commanded person" when moving a local district court for compliance with a subpoena). However, Mr. Burgyan has not yet made an appearance in this action and is not registered for electronic service. (*See generally* Dkt.) The court therefore DIRECTS the Clerk to print a copy of this order and the related briefing (Dkt. ## 1, 4, 5, 6, 8, 10) and to provide those filings to the United States marshal or deputy marshal no later than Thursday, January 21, 2016. The court DIRECTS the marshal to affect service of those documents on Mr. Burgyan by Wednesday, January 27, 2016, or alert the court by that date if the efforts to serve Mr. Burgyan were unsuccessful.

Filed and entered this 20th day of January, 2016.

WILLIAM M. MCCOOL
Clerk of Court

s/Casey Condon
Deputy Clerk

---

[1] In consideration of Mr. Montgomery's pro se status and Florida residence, the court will permit him to appear telephonically. If he chooses to appear telephonically, Mr. Montgomery must contact the court's courtroom Deputy Clerk to make arrangements.

MINUTE ORDER - 2